**SO ORDERED.**

UST-27C, 8-95
DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

**Dated: March 05, 2010**



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RUIDIAZ, JOSE RAMON | ) | CASE NO. 09-00016-PHX-CGC |
| RUIDIAZ, ROSA | ) | |
| | ) | ORDER APPROVING PAYMENT |
| | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |
| Debtor(s). | ) | |

DIANE M. MANN, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

**PAYEE AND EXPLANATION**                                                       **TOTAL**

CLERK, U.S. Bankruptcy Court                                                       $0.00

TRUSTEE, DIANE M. MANN

    Fees Allowed .......                $297.12
    Expenses Allowed ..              $40.80                  $337.92

UNITED STATES TRUSTEE'S OFFICE                                                $0.00

OTHER

_____        _____
DATE                                          THE HONORABLE CHARLES G. CASE II
                                                    U.S. BANKRUPTCY JUDGE